

# Fourth Court of Appeals
## San Antonio, Texas

December 23, 2019

No. 04-19-00226-CR

Jose Trinidad **GONZALEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR0458
The Honorable Velia J. Meza, Judge Presiding

## O R D E R

After we granted Appellant's first motion for extension of time to file the brief, Appellant's brief was due on December 20, 2019.  *See* TEX. R. APP. P. 38.6(a).  After the once-extended due date, Appellant filed a second motion, which seeks a thirty-day extension of time to file the brief.

Appellant's motion is GRANTED; Appellant's brief is due on January 21, 2020.

Any further motion for extension of time to file Appellant's brief is discouraged.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of December, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court